AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
February 07, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Fidel Morales
DEPUTY

United States of America
v.

Pablo CLARK-Guillen

*Defendant(s)*

Case No. **EP:24-M-00571-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 6, 2024 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT: Pablo CLARK-Guillen

☑ Continued on the attached sheet.

*Complainant's signature*

Cesar Ponce, Border Patrol Agent

*Printed name and title*

Complaint sworn to telephonically on February 07, 2024 at 02:00 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

Date: 02/07/2024

*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge

*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Pablo CLARK-Guillen

PEPT# PEPT240200135

02/07/2024

FACTS (CONTINUED)

On February 6, 2024, a Border Patrol Agent operating an aerial system was scanning the Clint area of responsibility when he observed what appeared to be a scout near an abandoned shack, on top of a tree, south of the Mexican levy. This area is used daily by alien smugglers to pick up undocumented non-citizens who seek to further their illegal entry into the United States. Alien smugglers use this area due to its proximity to the United States/Mexico International Boundary, the surrounding orchard where the undocumented non-citizens can hide from law enforcement, and its easy access to Texas-20, a road that allows smugglers to blend in easily with legitimate traffic.

In the early morning hours, the aerial system operator observed five individuals on the United States side of the levy. The agent then observed the five individuals run across the levy and run through an orchard, towards Texas-20, with one individual on his cell phone the whole time. Additional agents in the area were notified of the observations and responded to the area.

The five individuals were then seen going into an irrigation canal south of Texas-20, just as a truck pulled over on Highway-20, north of the five individuals. The aerial system operator observed the driver of the truck exit the vehicle and walk towards the tailgate. The five individuals were then observed exiting the irrigation canal and running across Texas-20 towards the bed of the truck. The aerial system operator observed the individual that was on the phone open the tailgate and make a hand gesture to the other individuals to get inside of the bed of the truck, a brown Chevrolet. The aerial system operator then observed the driver of the truck close the tailgate, go back inside the truck, and drive away westbound on Texas Highway-20. The individual on the cellphone was seen running back towards Mexico. Agents in the area were notified of all observations.

Border Patrol Agents saw the brown, Chevrolet truck and started to follow it westbound on Texas-20. An agent at the intersection of Texas-20 and KB Ivey Road got behind the Chevrolet truck and activated his emergency equipment to perform an investigatory stop. The driver of the Chevrolet disregarded the emergency equipment and continued driving west on Texas-20. The driver made a series of turns on several dirt roads before failing to drive across some railroad tracks. At this point the Chevrolet truck came to an abrupt stop on a road near Clint, Texas, in the Western District of Texas. The driver of the truck got out of the vehicle, ran across the railroad tracks, jumped over a barbed-wire fence, and ran into the desert.

Border Patrol Agents opened the tailgate of the truck and found four individuals inside the bed. Agents identified themselves as Border Patrol to the four individuals and questioned them as to their citizenship and nationality. All four individuals freely admitted to being citizens and nationals of Mexico without immigration documents that would allow them to be or remain in the United States legally. At this time all four illegal aliens were placed under arrest.

Additional agents began chasing the driver of the Chevrolet and followed his footprints in the desert. Agents

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Pablo CLARK-Guillen

PEPT# PEPT240200135

02/07/2024

FACTS (CONTINUED)
followed the foot sign to a mesquite tree, where the driver was trying to conceal himself. An agent identified himself as Border Patrol and ordered the individual to get out of the brush. Agents were able to get the individual out of the brush. The individual, driver of the Chevrolet truck, was later identified as Pablo CLARK-Guillen, the DEFENDANT. At this time Border Patrol Agents placed the DEFENDANT under arrest for alien smuggling.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
03/25/2014, El Paso, TX., Driving While Intoxicated(M), CNV, Confinement, 15 Months Probation, Fine.
07/25/2016, Corpus Christi, TX., Driving While Intoxicated(M), CNV, 2 Days Jail, Fine.
10/30/2018, El Paso, TX., Driving While Intoxicated 3rd or More(F), CNV, Confinement, 5 Years Probation, Fine.
10/14/2020, El Paso, TX., Collision Involving Injury(F), CNV, 3 Years Jail,.
09/12/2023, El Paso, TX., Smugging of Persons(F), ACC, Pending.
11/30/2023, El Paso, TX., Agg Assault W/ Deadly Weapon(F), ACC, Pending.